IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

5:26-cv-03008-JDA-PJG

| | |
|---|---|
| Clarence B. Jenkins Jr. | ) |
| | ) C/A No. _____ |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| v. | ) |
| | ) |
| Amazon.Com DEDC, Zurich Insurance, South | ) |
| Carolina Worker's Compensation Commission, | ) |
| Sedgwck Claims Management and McAngus | ) |
| Goudelock & Courie Law | ) |
| Defendants, | ) |
| | ) |
| | ) |

I as Pro Se Plaintiff bring this lawsuit against all Defendants that participated in Employment Discrimination, Retaliation, American Disability Act(ADA) and Title VII of the Civil Act of 1964 that is established in USEEOC Charge No. 436-2025-03183 signed May 26, 2026. USEEOC issued a Dismissal and Notice of Right To Sue on May 28, 2026 that authorized a lawsuit in U.S. Federal Court because of federal violations that is outlined in the body of USEEOC Charge No. 436-2025-03183. And other substantial documented evidence will substantiate the violations in USEEOC Charge No. 436-2025-03183. The U.S. Federal District Court, Columbia Division erred in Case No. 3:21-cv-3734-TLW-PJG that will be submitted with this COMPLAINT. The FINDINGS by Comm. Gene McCaskill of South Carolina Worker's Compensation Commission(hereafter SCWCC) on April 29, 2021 in footnotes on page 5 confirms the violations outlined in USEEOC Charge No. 436-2025-03183 even though an UNLAWFUL CONCLUSION to deny a Rightful Worker's Compensation Claim.

1

The confirmed violations by Comm. Gene of SCWCC on April 29, 2021 and USEEOC

Charge No. 436-2025-03183 validates my claims of Employment Discrimination,

Retaliation, American Disability Act(ADA) and Title VII of the Civil Act of 1964 that I

have complained and documented evidence about since 2013 to present which is

established in the records at South Carolina Worker's Compensation Commission.   Also

additional substantial documented evidence filed in complaints United States Equal

Employment Opportunity Commission and South Carolina Human Affairs Commission.

Amazon DEDC, America Zurich, South Carolina Worker's Compensation

Commission, Sedgwick and MGC Law went so far in their corruption to deny a Rightful

Worker's Compensation Claim by declaring that Plaintiff was not DISABLE and did not

received DISABILITY PAYMENTS when their records has verification of SUCH.   I as

Pro Se Plaintiff are in possession of the same substantial documented evidence that all

Defendants have in their records.

I as Pro Se Plaintiff filed a Complaint as SCHAC No. 4-13-279D and USEEOC

No. 14C-2014-00273C against Amazon DEDC for Employment Discrimination,

Retaliation, American Disability Act(ADA) and Title VII of the Civil Act of 1964.

SCHAC found Amazon was in violation therefore MEDIATION scheduled for April 23,

2014.   SO when U.S. District Court, Columbia Division states in their REPORT &

RECOMMENDATION in FOOTNOTES(p4) dated January 19, 2022 for Case No.

3:21-cv-3734-TLW-PJG that a Complaint was filed with USEEOC six years later is an

EGREGIOUS ERROR OF THE COURT TO DENY JUSTICE AS PATTERNS OF

INJUSTICE.

2

I as Pro Se Plaintiff sustained a work injury on February 10, 2013 at Amazon Fulfillment Center in West Columbia, S.C. and is still suffering from HARM caused by all Defendants as Employment Discrimination, Retaliation, American Disability Act(ADA) and Title VII of the Civil Act of 1964 . I As Pro Se Plaintiff filed a Complaint with USEEOC on December 17, 2013 along with others because additional violations of ADA Claims.

I as Pro Se Plaintiff are submitting USEEOC Complaint for Charge No. 436-2025-03183 dated May 26, 2026, USEEOC Notice of Dismissal for Charge No. 436-2025-03183 dated May 28, 2026, an ERROR of U.S. District Court REPORT and RECOMMENDATION for Case No. 3:21-cv-3734-TLW-PJG dated January 19, 2022 and ORDER for Case No. 3:21-cv-3734-TLW-PJG dated July 15, 2022.

July 23, 2026

Clarence B. Jenkins Jr.
Clarence B. Jenkins Jr.
945 Wire Rd.
Neeses, South Carolina 29107
(803)263-4514
Upscale81@yahoo.com
Pro Se Plaintiff

3